In re Edward Tate **EIDSON**
and Kyle Logan **Eidson**.

George **EIDSON**, Appellant,

v.

Deborah **DECKER**, Respondent.

No. 61566.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 15, 1992.

George Eidson, pro se.

Leigh Joy Carson, Clayton, for respondent.

ORDER

PER CURIAM.

Appellant George Eidson appeals from a decision granting name changes to his two children. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence and no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memo-

**576**

randum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).